1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11                          Plaintiff,

12          v.                                    CIV. NO. S-07-974 LKK/KJM

13
     REAL PROPERTY LOCATED AT 6874
14   ALMANOR LAKE ESTATES DRIVE,
     LAKE ALMANOR, CALIFORNIA,
15   PLUMAS COUNTY, APN:
     106-114-011, INCLUDING ALL
16   APPURTENANCES AND IMPROVEMENTS
     THERETO,
17
                            Defendant.
18   _____/
     UNITED STATES OF AMERICA,
19
                            Plaintiff,
20
            v.                                    CIV. NO. S-07-975 GEB/JFM
21
     REAL PROPERTY LOCATED AT 1066
22   EATON ROAD, CHICO, CALIFORNIA,
     BUTTE COUNTY, APN:  007-250-088,
23   INCLUDING ALL APPURTENANCES AND
     IMPROVEMENTS THERETO,
24
                            Defendant.
25   _____/

26   ////

1

UNITED STATES OF AMERICA,

                Plaintiff,

        v.                          CIV. S-07-1039 MCE/EFB

REAL PROPERTY LOCATED AT 3077
NORD AVENUE, CHICO, CALIFORNIA,        <u>RELATED CASE ORDER</u>
BUTTE COUNTY, APN:  042-050-047,
INCLUDING ALL APPURTENANCES AND
IMPROVEMENTS THERETO,

                Defendant.
_____/

     Examination of the above-entitled actions reveals that the three (3) actions are related within the meaning of Local Rule 83-123 for the reason that the civil forfeiture actions arise from the same law enforcement investigation, and thus involves substantially the same parties, events and transactions.

     Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

     The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the three (3) actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

     IT IS THEREFORE ORDERED that the actions denominated CIV. NO. S-07-975 GEB/JFM and CIV. NO. S-07-1039 MCE/EFB be, and the same

1  hereby are, reassigned to Judge Lawrence K. Karlton and Magistrate

2  Judge Kimberly J. Mueller for all further proceedings, and any

3  dates currently set in the reassigned cases only, are hereby

4  VACATED.  Henceforth, the caption on documents filed in the

5  reassigned cases shall be shown as CIV. NO. S-07-975 LKK/KJM and

6  CIV. NO. S-07-1039 LKK/KJM, respectively.

7      IT IS FURTHER ORDERED that the Clerk of the Court make

8  appropriate adjustment in the assignment of civil cases to

9  compensate for this reassignment.

10      DATED:  June 19, 2007.

11

12

13                    LAWRENCE K. KARLTON
                      SENIOR JUDGE
14                    UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26