McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:07-CV-1039 LKK/KJM |
| Plaintiff, ) | |
| ) | JOINT STATUS CONFERENCE |
| v. ) | REPORT AND STIPULATION FOR |
| ) | STAY AND ORDER THEREON |
| REAL PROPERTY LOCATED AT 3077 ) | |
| NORD AVENUE, CHICO, CALIFORNIA, ) | |
| BUTTE COUNTY, APN: 042-050-047, ) | |
| INCLUDING ALL APPURTENANCES AND ) | |
| IMPROVEMENTS THERETO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff United States of America submits the following Status Report pursuant to the Court's June 28, 2007, order.

(a) **Parties**: The plaintiff is the United States of America. Claimant Peter Buchanan owns the defendant property and claimants Arlus and Paris Moore are the beneficiaries of a promissory note secured by a deed of trust recorded against the defendant property.

(b) **Summary of Facts and Legal Theories**:

The United States alleges this property is subject to forfeiture to the United States pursuant to 21 U.S.C. §

1

1  881(a)(7) because it was used to facilitate a felony violation
2 of 21 U.S.C. § 841.  Specifically, on March 26, 2007, a search
3 warrant was executed at the defendant property and officers found
4 an active indoor marijuana growing operation with approximately
5 96 plants under cultivation.

    (c) **Service of Process**:

The owner of the defendant property, Peter Buchanan, has been served with the Complaint for Forfeiture <u>In Rem</u>, Notice of Complaint, Application and Order for Publication, <u>Lis Pendens</u>, and Court Notices.  Buchanan filed a Claim to the property and has filed his Answer to the Complaint for Forfeiture <u>In Rem</u>.

Arlus and Paris Moore, who are lienholders, have also been served.  The Moores filed their Claim on June 20, 2007, but have not yet filed their Answer to the Complaint.  The Moores will file their Answer on or before September 13, 2007.

On June 28, 2007, the U.S. Marshal posted the Notice of Complaint and the Complaint on the real property.

Accordingly, service is complete.

In addition, notice of the forfeiture was published five times in the Chico Enterprise-Record/Oroville Mercury-Register by the U.S. Marshal.  Proof of Publication was filed on August 13, 2007.

    (d) **Possible Joinder of Additional Parties**:

None contemplated.

    (e) **Any Expected or Desired Amendment of Pleadings**:

None.

    (f) **Jurisdiction and Venue**:

The Court has jurisdiction in this matter pursuant to 28

2

U.S.C. §§ 1345, 1355.  Venue is proper in this district pursuant to 28 U.S.C. § 1395(b) because the real property that is subject to forfeiture is located in this district.

  (g) **Anticipated Motions with Suggested Law and Motion Dates**:

  The government requests that this case not be scheduled at this time because it is requesting a stay of further proceedings for six months as explained in the following paragraph.  This Court has already ordered that further proceedings in a related case, <u>United States v. Real Property Located at 6874 Almanor Lakes Estates Drive</u>, 2:07-CV-00974 LKK/KJM, be stayed for six months because of an on-going related criminal investigation.

  (h) **Anticipated Discovery And The Scheduling Thereof**:

  Pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) the parties suggest that a stay of further proceedings in this case is necessary.  The United States contends that the defendant real property was used to facilitate a violation of federal drug laws (cultivation of marijuana) and is therefore forfeitable to the United States.  The United States intends to depose the claimant Peter Buchanan about the claim he filed in this case and the facts surrounding the cultivation of marijuana plants on this property.  If discovery proceeds, claimant would be placed in the difficult position of either invoking his Fifth Amendment right against self-incrimination and losing the ability to protect his claimed interest in the defendant property, or waiving his Fifth Amendment rights and submitting to depositions and potentially incriminating himself in the pending criminal matter.  If claimant invokes his Fifth Amendment rights, the United States

3

will be deprived of the ability to explore the factual basis for the claims he filed in this action and the defenses raised in his Answer.

In addition, claimant Buchanan intends to depose law enforcement officers who were involved in the investigation that led to the execution of the state search warrant at the defendant property.  Allowing depositions of these officers would adversely affect the ability of the United States to conduct its related criminal investigation.

Accordingly, the parties contend that proceeding with this action at this time has potential adverse affects on the investigation and possible prosecution of the related-criminal case and/or upon claimant Buchanan's ability to prove his claim to the property and to contest the government's allegations that the property is forfeitable.  For these reasons, the parties request that this matter be stayed for a period of six months. At that time the parties will advise the Court whether a further stay is necessary.

(i) **Further Proceedings, Suggested Case Schedule**:

The parties request that the case not be scheduled at this time.

(j) **Special Proceedings**:

None.

(k) **Demand For Jury Trial**:

Claimant Buchanan made a timely demand for a jury trial.

(l) **Estimate of Trial Time**:

No more than 4 court days.

(m) **Modification of Standard Pretrial Procedures**:

1 None.

2    (n) **Related Matters**:

3 The following cases are related:

4 1. <u>United States v. Real Property Located at 6874 Almanor Lakes
5    Estates Drive</u>, 2:07-974 LKK/KJM.

6 2. <u>United States v. 1066 Eaton Road</u>, 2:07-975 LKK/KJM.

7 A Notice of Related Cases was filed on June 15, 2007, and
8 all cases are assigned to this Court.

9    (o) **Settlement Judge**:

10 The government requests that another judge be assigned as
11 the settlement judge.

12    (p) **Use of the Voluntary Dispute Resolution Program**:

13 The parties do not believe VDRP is appropriate in this case.

14    (q) <u>Other matters</u>:

15 While this case is stayed claimant Buchanan agrees to keep
16 current all payments due to Arlus and Paris Moore under the
17 promissory note dated October 14, 2003, in the original principal
18 amount of $370,800, and secured by the deed of trust recorded in
19 Butte County on October 24, 2003, encumbering the defendant
20 property.

21 If claimant Buchanan defaults on the payments, as default is
22 defined in the promissory note, Buchanan agrees not to oppose the
23 interlocutory sale of the defendant property if such a sale is
24 requested by the lienholder/claimants Arlus and Paris Moore.  If
25 the lienholder/claimants request that the property be sold, they
26 agree to waive their right to the prepayment penalty provided for
27 in the promissory note.  Upon the sale of the property the net
28 proceeds will be substituted as the <u>res</u> in this action.

| | | |
|---|---|---|
| DATED: Sept. 7, 2007 | | McGREGOR W. SCOTT<br>United States Attorney |
| | By: | /s/ Kristin S. Door<br>KRISTIN S. DOOR |
| DATED: Sept. 6, 2007 | | BLACKMON & ASSOCIATES |
| | By | /s/ Melinda J. Nye<br>MELINDA J. NYE<br>Attorney for claimant<br>Peter Buchanan |
| DATED: Sept. 6, 2007 | | JACOBS, ANDERSON, POTTER<br>AND CHAPLIN, LLP |
| | By | /s/ Douglas B. Jacobs<br>DOUGLAS B. JACOBS<br>Attorney for claimants<br>Arlus and Paris Moore |

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until March 15, 2008. The parties will advise the court at least 10 days prior to March 15, 2008, whether a further stay is necessary.

The scheduling conference scheduled for September 17, 2007 is hereby vacated.

IT IS SO ORDERED.

Dated: September 10, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT