```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10
                                     )
11  UNITED STATES OF AMERICA,        )  2:07-cv-00975 LKK/KJM
                                     )
12          Plaintiff,                )
                                     )  STIPULATION TO EXTEND STAY
13      v.                            )  AND ORDER
                                     )
14  REAL PROPERTY LOCATED AT 1066    )
    EATON ROAD, CHICO, CALIFORNIA,   )
15  BUTTE COUNTY, APN: 007-250-088,  )
    INCLUDING ALL APPURTENANCES AND  )
16  IMPROVEMENTS THERETO,            )
                                     )
17          Defendant.                )
    _____)
18                                   )
    UNITED STATES OF AMERICA,        )
19                                   )  2:07-CV-001039 LKK/KJM
            Plaintiff,                )
20                                   )
        v.                            )
21                                   )
    REAL PROPERTY LOCATED AT 3077    )
22  NORD AVENUE, CHICO, CALIFORNIA,  )
    BUTTE COUNTY, APN: 042-050-047,  )
23  INCLUDING ALL APPURTENANCES AND  )
    IMPROVEMENTS THERETO,            )
24                                   )
            Defendant.                )
25  _____)

26  //

27  //

28
```

STIPULATION TO EXTEND STAY
AND ORDER (PROPOSED)

```
 1  UNITED STATES OF AMERICA,        )   2:07-2050 LKK/KJM
                                     )
 2          Plaintiff,                )
                                     )
 3       v.                           )
                                     )
 4  2001 FORD EXCURSION,              )
    VIN: 1FMSU41F11EB17545,           )
 5  CALIFORNIA LICENSE NUMBER:        )
    4TIU844,                          )
 6                                    )
    2002 HAULMARK TRAILER,            )
 7  VIN: 16HPB16202A006280,           )
    CALIFORNIA LICENSE NUMBER:        )
 8  4FF3593, and                      )
                                     )
 9  APPROXIMATELY $6,000.00 IN U.S.   )
    CURRENCY,                         )
10                                    )
            Defendants.               )
11  _____)
                                     )
12  UNITED STATES OF AMERICA,        )   2:07-CV-02124-LKK-KJM
                                     )
13          Plaintiff,                )
                                     )
14       v.                           )
                                     )
15  2004 HONDA ATV TRX350, VIN:      )
    478TE240244307570, and            )
16                                    )
    2004 HONDA ATV TRX400FA RANCHER, )
17  VIN: 478TE29034413393,            )
                                     )
18          Defendants.               )
    _____)
19
```

Plaintiff United States of America, and the claimants in the four cases described above (Kurt and Monica Karst, individually and as the trustees of the Karst Family Revocable Trust in the personal property actions; James and Tamara Robertson, Peter Buchanan, and Kurt and Monica Karst in the <u>Eaton Road</u> action; and Peter Buchanan and Paris and Arlus Moore in the <u>Nord Avenue</u> action) submit the following Stipulation to Extend Stay and Order (Proposed). The Stipulation to Extend Stay is based upon the following:

1.   The actions described in the captions above are all related. A Related Case Order was entered on November 8, 2007.

2.   On March 13, 2009, a stay was entered in all four actions until August 3, 2009.

3.   The parties in these actions request that the existing stay be extended until February 1, 2010, since they are all related and arise out of the same criminal investigation which is still on-going.

4.   18 U.S.C. § 981(g)(1) expressly provides that upon motion of the United States the court "shall stay the civil forfeiture action if the court determines that civil discovery will adversely affect the ability of the government to conduct a related criminal investigation." Similarly, 18 U.S.C. § 981(g)(2) expressly provides that upon motion of a claimant, the court shall stay the civil forfeiture action if the court determines that a claimant is the subject of a related criminal investigation; the claimant has standing to assert a claim in the civil forfeiture action; and continuation of the forfeiture proceeding will burden the claimant's right against self-incrimination.

5.   The United States contends that the defendant real properties were used to facilitate the cultivation of marijuana and are therefore forfeitable to the United States. In addition, the United States contends the various vehicles were bought with drug proceeds and/or were used to facilitate the cultivation and distribution of marijuana. The United States intends to depose the claimants about the claims they filed in this case and their involvement in the cultivation and distribution of marijuana. If

discovery proceeds, claimants would be placed in the difficult position of either invoking their Fifth Amendment right against self-incrimination and losing the ability to protect their alleged interest in the defendant property, or waiving their Fifth Amendment rights and submitting to depositions and potentially incriminating themselves in the on-going criminal investigation.  If claimants invoke their Fifth Amendment rights, the United States will be deprived of the ability to explore the factual basis for the claims they filed in this action and the defenses raised in their Answers.

    6.   In addition, claimants intend to depose law enforcement officers who were involved in the investigation that ultimately led to searches at the defendant properties.  Allowing depositions of these officers would adversely affect the ability of the United States to conduct its related criminal investigation.

    7.   Accordingly, the parties contend that proceeding with these actions at this time has potential adverse affects on the investigation and possible prosecution of the related criminal case and/or upon claimants' ability to prove their claim to the property and to contest the government's allegations that the property is forfeitable.  For these reasons, the parties request that these actions all be stayed until February 1, 2010.

DATED: July 16, 2009                    LAWRENCE G. BROWN
                                         Acting United States Attorney

                                    By:  /s/ Kristin S. Door
                                        KRISTIN S. DOOR
                                         Assistant U.S. Attorney

```
 1  DATED: July 16, 2009            BLACKMON & ASSOCIATES
 2
 3                            By    /s/ Clyde Blackmon
                                    CLYDE BLACKMON
 4                                  Attorney for claimant
                                    Peter Buchanan (as a
 5                                  lienholder in Eaton Road and
                                    owner in Nord Avenue)
 6
 7
                                    Not signed
 8  DATED:                          _____
                                    WILLIAM G. PANZER
 9                                  Attorney for claimants
                                    James M. Robertson and
10                                  Tamara Robertson (Eaton Road)
11
12
13  DATED: July 17, 2009            /s/ Brenda Grantland
                                    BRENDA GRANTLAND
14                                  Attorney for claimants
                                    Kurt and Monica Karst
15                                  Individually and as the
                                    Trustees of the Karst Family
16                                  Revocable Trust (as
                                    lienholders in Eaton Road and
17                                  owners of the vehicles)
18
19  DATED: July 16, 2009            JACOBS, ANDERSON, POTTER &
                                    CHAPLIN, LLP
20
21
                              By    /s/ Douglas B. Jacobs
22                                  DOUGLAS B. JACOBS
                                    Attorney for claimants
23                                  Arlus and Paris Moore
                                    (Lienholder in Nord Avenue)
24
                                    (Original signatures retained
25                                  by AUSA Door)
26
27
28
```

STIPULATION TO EXTEND STAY
AND ORDER (PROPOSED)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until February 1, 2010. The parties will advise the court by January 19, 2010, whether a further stay is necessary.

IT IS SO ORDERED.

Dated: July 29, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO EXTEND STAY
AND ORDER (PROPOSED)