1  LAWRENCE G. BROWN
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    )   2:07-CV-1039 LKK/KJM
12            Plaintiff,            )
                                    )   STIPULATION FOR DISMISSAL
13      v.                          )   WITH PREJUDICE AND ORDER
                                    )   ; CERTIFICATE OF
14 REAL PROPERTY LOCATED AT 3077    )   REASONABLE CAUSE **[AMENDED]**
   NORD AVENUE, CHICO, CALIFORNIA,  )
15 BUTTE COUNTY, APN: 042-050-047,  )
   INCLUDING ALL APPURTENANCES AND  )
16 IMPROVEMENTS THERETO,            )
                                    )
17            Defendant.            )
   _____)

18

19      Plaintiff United States of America, and claimants Peter

20 Buchanan, and Arlus and Paris Moore, appearing through

21 undersigned counsel, hereby agree and stipulate as follows:

22      1.  The pending action shall be dismissed with prejudice

23 pursuant to Rule 41(a)(2) of the Federal Rules of Civil

24 Procedure.

25      2.  The parties are to bear their own costs and attorney

26 fees.

27      3.  There was reasonable cause for the posting of the

28 defendant real property, and for the commencement and prosecution

                              1

1  of this forfeiture action, and the Court may enter a Certificate

2  of Reasonable Cause pursuant to 28 U.S.C. § 2465.

3

4  Dated: September 30, 2009          LAWRENCE G. BROWN
                                     United States Attorney
5

6
                                By   /s/ Kristin S. Door
7                                    KRISTIN S. DOOR
                                     Assistant U.S. Attorney
8                                    Attorney for Plaintiff

9

10                                   BLACKMON & ASSOCIATES

11

12
   DATED: September 29, 2009    By   /s/ Clyde M. Blackmon
13                                   CLYDE M. BLACKMON
                                     Attorney for claimant
14                                   Peter Buchanan

15
                                     JACOBS, ANDERSON, POTTER &
16                                   CHAPLIN, LLP

17
   DATED: September 29, 2009    By   /s/Douglas B. Jacobs
18                                   DOUGLAS B. JACOBS
                                     Attorney for claimants
19                                   Arlus and Paris Moore

20

21 IT IS SO ORDERED.

22
   Dated: October 6, 2009          Lawrence K Karlton
23                                 LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
24

25            CERTIFICATE OF REASONABLE CAUSE

26     Based upon the allegations set forth in the Complaint for

27 Forfeiture *In Rem* filed June 1, 2007, and the Stipulation for

28 Dismissal With Prejudice filed herewith, the Court enters this

2

Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

Dated: October 6, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3